

Joseph Gunn K-57163
Dixon CC
Dixon IL 61021
P.O. Box 1200
X-A-05-001

Legal mail

Clerk United States
District
Court
211 S Court Street
Rockford IL 61101