**FILED**

**JANUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

Joseph Gunn

~~RECEIVED~~

~~DEC 1 7 2007~~

~~CLERK, U.S. DISTRICT COURT~~

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07 CV 50240

Judge Reinhard

vs.

Case No: _____

(To be supplied by the Clerk of this Court)

Dixon Correctional
Center.
  Dr. matt Finn.
 DR. Michael Fernado.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: Joseph Edward Gunn

    B.    List all aliases: SAVON Bell

    C.    Prisoner identification number: K-57163

    D.    Place of present confinement: X-house A-25 cell
        Dixon C.C.

    E.    Address: P.O Box 1200 Dixon, IL 61021-7200

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Dr Michael Fernando.

        Title: Dr.

        Place of Employment: Dixon Corretional Center.

    B.    Defendant: Dr. Matt Finn.

        Title: Dr

        Place of Employment: Dixon Corretional Center.

    C.    Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (✓)  NO (  )  If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (✓)  NO (  )

C.    If your answer is **YES**:

1.    What steps did you take?

Filing a grievance Went Threw The proper Chevals Still waiting for Responce of grievance Takes up to six months

2.    What was the result?

Still pending

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

D.    If your answer is **NO**, explain why not:

3

E.  Is the grievance procedure now completed?   YES ( )  NO ( )

F.  If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )  NO ( )

G.  If your answer is **YES**:

    1.  What steps did you take?

       _____

       _____

       _____

    2.  What was the result?

       _____

       _____

       _____

H.  If your answer is **NO**, explain why not:

    _____

    _____

    _____

IV.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

    A.    Name of case and docket number: _____
         _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
         _____
         _____
         _____

    D.    List all defendants: _____
         _____
         _____
         _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____
         _____

    G.    Basic claim made:_____
         _____
         _____

    H.    Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?):  _____
         _____
         _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**V.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

To whom IT may Concern I am Fileing this law suit In Terms of my Inforced medications, Haldol has caused me very serious physical disfiguration to my Chest, The Side effects have cause me to have pain And Suffering, Breast Inlargment, and Back pains, I need Surgery on my Chest, haldol has cause me pain and Suffering, and has weaken my Bones serious health problem's Ive been on Inforced medication for over 2½ years now.

I would like to have Surgery on my Chest please I am In pain.

6

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**VI.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Have me Taken off INforced medications and to authorize me to Have Surgery oN my chest, Because I have Breast Now, Compensation for pain and Suffering, and punitive damages.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __12__ day of __7__, 20__7__

Josph Dn K-57163

(Signature of plaintiff or plaintiffs)

Joseph Coynn

(Print name)

K-57163

(I.D. Number)

DiXoN C. C.

P.O. BOX 1200

DiXoN, IL 61021-1200

(Address)

8

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 12-5-07 | Offender: (Please Print) Joseph Quin | | ID#: K-57163 |
|---|---|---|---|
| Present Facility: Dixon C.C. | | Facility where grievance issue occurred: Dixon C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☑ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: 12, 05, 07          Dixon C.C.
                        Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** To whom it may Concern I am filing this grievance in term's of my inforced medications. Haldol has caused very serious physical disfiguration to my chest. The side effects have cause me to have pain, and suffering, breast Inlargement and back pains. I need surgery on my cheast, haldal has cause me pain and suffering. Serious health problem's. I've been on inforced medications for 2½ years now

**Relief Requested:** I would like to have surgery on Chest Please I am in pain.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Joseph Quin_                                   K-57163        12, 05, 07
Offender's Signature                              ID#              Date

(Continue on reverse side if necessary)

---

| Counselor's Response (if applicable) | |
|---|---|
| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

_____

_____

_____

Print Counselor's Name              Counselor's Signature              Date of Response

---

| EMERGENCY REVIEW | |
|---|---|
| Date Received: ___/___/___ | Is this determined to be of an emergency nature?     ☐ Yes; expedite emergency grievance     ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Chief Administrative Officer's Signature                          ___/___/___
                                                                      Date