

Joseph Gunn K-57163
Dixon CC
Dixon Ill. 61021
P.O. Box 1200
X-A-05-ccr

Legal mail

Clerk United States
District Court
211 S. Court Street
Rockford IL 61101