FILED

JAN 16 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Philip G. Reinhard

07 C 50240 Case Number

Joseph Gunn A.K.A Savon Bell
K-57163 vs Dixon Correctional
Center, et al.

*Enlargement of Breast* *Exhibit*

### ILLINOIS DEPARTMENT OF CORRECTIONS

### Mental Health Diagnostic and Treatment Note

Offender Name: Gunn, Joseph

ID#: K57163
Date: 06/15/07

**Juvenile Facilities Only:**

Housing Unit: _____

Correctional Counselor: _____

Psychiatrist: _____

Psych Medication: _____

Mental Health Level: _____

Recommended Mental Health Level: _____

Reason for Referral:

☐ Initial Evaluation  ☒ Medication Review  ☐ Mental Health Level Change  ☐ Crisis Response

☐ Group Note  ☐ 1:1 Note  ☐ Parole Clearance  ☐ Family Therapy  ☐ Other _____

Subjective Data: DPU enforced medication update. Patient reports breast enlargement which started a few months ago. At this time, he reports some discomfort around breast area but he denies any pain or discharge. I did discuss making a medication adjustment with patient. Patient apparently indicated that he was not comfortable discussing this issue previously, but that the breast enlargement has continued to grow every month since he first noticed it a few months ago. Otherwise, patient continues to do well in DPU and is stable on enforced medication regimen.

Objective Data: Mental status exam: he was alert and fully oriented. He was adequately dressed and groomed. Patient does show evidence of gynecomastia. Mood was euthymic. Affect was full range. He denies any hallucinations. No delusions were noted. Thought processes were logical and goal-directed. He denied suicidal or homicidal ideations. Insight into his mental illness and need for chronic treatment does remain limited.

Assessment/Diagnosis:
AXIS I: Schizophrenia
AXIS II: Deferred

Summary and Treatment Plan: I will discontinue Haldol Decanoate. I will start Geodon and titrate to 80 mg p.o. q.PM enforced with 20 mg IM. I will continue Prozac 40 mg p.o. q.PM and Benadryl 50 mg p.o. q.PM. I did discuss the medication changes as well as the risks and benefits. He verbalized understanding and agreed to a trial. I recommend supportive treatment. Follow up will be next month or sooner if indicated.

Dr. Joy O. Urubusi, Staff Psychiatrist    Date    Supervisor Signature (If applicable)    Date

Distribution: Offender Medical File
351-dd

Printed on Recycled Paper

DOC 0282 (Eff. 8/2005)
(Replaces DCA 7157)

*Enlargement of breast*    EXHIBIT.

## ILLINOIS DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH DIAGNOSTIC AND TREATMENT NOTE

OFFENDER NAME: Gunn, Joseph        NUMBER: K57163

REASON FOR REFERRAL: ☐ MENTAL HEALTH LEVEL CHANGE  ☐ FAMILY THERAPY  ☐ PAROLE CLEARANCE  ☐ MEDICATION REVIEW  ☐ INITIAL EVALUATION  ☐ CRISIS RESPONSE  ☐ GROUP NOTE  ☐ 1:1 NOTE  ☒ MONTHLY MHP CONTACT  ☐ INMATE REQUEST  ☐ REFERRED BY:

SUBJECTIVE DATA: I/M seen in DPU-A for monthly contact. I/M reported he takes Haldol, Prozac, & Benedryl (enforced). I/M c/o gynecomastia c pain; no discharge from nipple, which he believes is due to the medication. x 3-4 mos. Getting larger.

OBJECTIVE DATA:  alert: (yes)/no    cooperative: (yes)/no    coherent: (yes)/no    appropriate eye contact: (yes)/no
Orientation: Person ___ Place ___ Time ___ Situation ___

**Mood:**
☒ Euthymic
☐ Depressed
☐ Euphoric
☐ Anxious
☐ Irritable

**Affect:**
☐ Appropriate
☒ Flat/Blunted
☐ Labile
☐ Congruent
☐ Incongruent

**Suicidal/Homicidal:**
☐ Current Suicidal Ideation
☐ Current Homicidal Ideation
☒ Both Currently Denied

**Thought Content:**
☒ Unremarkable
☐ Grandiose
☐ Delusional
☐ Paranoid
☐ Excessive Religiosity
☐ Other:

**Flow of Thought:**
☒ Intact/Unimpaired
☐ Loose Associations
☐ Blocking
☐ Tangential
☐ Circumstantial
☐ Disorganized

**Perceptual Distortions:**
☒ Auditory Hallucinations  ↓ on Rx
☐ Visual Hallucinations
☐ Sensory Hallucinations
☐ Appeared to be responding to Internal stimuli
☐ None Apparent

Grooming: (Appropriate)  Soiled/body odor  Disheveled
Cell Condition: Clean/Orderly  Unkempt/Disorganized  (Not Observed)
Insight into mental illness: (GOOD)  FAIR  POOR
Judgment: (GOOD)  FAIR  POOR
Impulse Control: (GOOD)  FAIR  POOR

Patient's Report of Medication: (☒) compliant  (☒) side effects  ( ) knowledge of agent and dosage

Patient's Daily Routine: ( ) job  ( ) school  ( ) stays to room  (☒) dayroom  (☒) sleep pattern  (☒) eating well
pattern  ( ) Group Therapy:    (☒) other: yard        11p - 4 or 5am

ASSESSMENT/DIAGNOSIS:  AXIS I: Psychotic D/O NOS;
                       Axis II: Deferred

SUMMARY AND TREATMENT PLAN: SEE ROUTINELY NEXT MONTH: ✓  REFERRED TO PSYCHIATRIST: ✓
REFERRED TO GROUP: ___  ADVISED OF CRISIS TEAM AVAILABILITY ___
ADDITIONAL COMMENTS: CONTINUE TO MONITOR FOR BEHAVIORAL AND/OR SYMPTOM CHANGE.

Janet L. Kraft, M.A.        6/14/07
JANET L. KRAFT, MA - PSYCHOLOGY        DATE
PRE DOCTORAL PSYCHOLOGY INTERN
DIXON CORRECTIONAL CENTER



Joseph Gowon K-Stiles
Dixon C.C.
P.O. Box 1200
Dixon, IL 61021-7200
X-A-25cell

Legal Mail

Clerk Of Office Of
Court United States Court House
211 South Court Street
Rockford, Illinois 61101