## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
JOSEPH GUNN V. DIXON CORRECTIONAL CENTER ET AL

Case Number: 07 CV 50240

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOSEPH GUNN

| | |
|---|---|
| NAME (Type or print)<br>JACQUELINE J. MONTVILLE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *Jacqueline J. Montville* | |
| FIRM<br>LAW OFFICE OF JACQUELINE J. MONTVILLE | |
| STREET ADDRESS<br>515 KENDALL LANE | |
| CITY/STATE/ZIP<br>DEKALB, IL 60115 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(815) 758-8396 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐