**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of　JOSEPH GUNN　　　　　　　　　　Case Number:　07 CV 50240

Plaintiff,

v.

DIXON CORRECTIONAL CENTER, J. MATTHEW FINN, PSY.D., and DR. MICHAEL FERNANDO

Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J. MATTHEW FINN, PSY.D.

| | |
|---|---|
| NAME (Type or print) | |
| Scott G. Salemi | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Scott G. Salemi | |
| FIRM | |
| Heyl, Royster, Voelker & Allen | |
| STREET ADDRESS | |
| 120 W. State Street, Second Floor, National City Bank Building | |
| CITY/STATE/ZIP | |
| Rockford, IL 61105 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6209932 | 815-963-4454 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]　NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]　NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]　NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]　NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]　APPOINTED COUNSEL [ ] | |