UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JOSEPH GUNN a/k/a SAVON BELL       )
                                   )
                                   )
VS.                                )
                                   ) 07 C 50240
DIXON CORRECTIONAL CENTER et al.   )
                                   )

CERTIFICATE OF SERVICE OF NOTICE OF LAWSUIT AND REQUEST FOR
WAIVER OF SERVICE OF SUMMONS, COMPLAINTS, AND ENTRY OF
APPEARANCE OF JACQUELINE J. MONTVILLE

The undersigned certifies that a copy of the above-named documents were served upon each of the persons or firms named below by depositing copies thereof enclosed in an envelope plainly addressed to the persons or firms with the complete address or addresses appearing above, with proper postage prepaid, by depositing same in a U.S. post office or post office box in DeKalb, Illinois on the 8th day of February, 2008.

Dr. Michael Fernando, 1212 East College drive, Marshall, MN 56258

*Jacqueline J. Montville*
Attorney

Jacqueline J. Montville
Attorney for Plaintiff
515 Kendall lane
DeKalb, IL 60115
(815) 758-8396
Attorney Registration No. 6189158