U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  JOSEPH GUNN                                  Case Number:  07 CV 50240

                                  Plaintiff,
v.

DIXON CORRECTIONAL CENTER, J. MATTHEW FINN, PSY.D., and DR. MICHAEL FERNANDO
                                  Defendants.
AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J. MATTHEW FINN, PSY.D.

| | |
|---|---|
| NAME (Type or print) <br> Jana L. Brady | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jana L. Brady | |
| FIRM <br> Heyl, Royster, Voelker & Allen | |
| STREET ADDRESS <br> 120 W. State Street, Second Floor, National City Bank Building | |
| CITY/STATE/ZIP <br> Rockford, IL  61105 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6281390 | TELEPHONE NUMBER <br> 815-963-4454 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ☐    NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐    NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES ☐    NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |