U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  JOSEPH GUNN          Case Number: 07 CV 50240

Plaintiff,

v.

DIXON CORRECTIONAL CENTER, J. MATTHEW FINN, PSY.D., and
DR. MICHAEL FERNANDO

Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J. MATTHEW FINN, PSY.D.

| NAME (Type or print) |  |
|---|---|
| Heidi E. Ruckman |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Heidi E. Ruckman | |
| FIRM | |
| Heyl, Royster, Voelker & Allen | |
| STREET ADDRESS | |
| 120 W. State Street, Second Floor, National City Bank Building | |
| CITY/STATE/ZIP | |
| Rockford, IL  61105 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6272967 | 815-963-4454 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |