UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Western Division

Joseph Gunn
                    Plaintiff,
v.                                          Case No.: 3:07−cv−50240
                                            Honorable Philip G. Reinhard
Matt Finn, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 27, 2008:

MINUTE entry before the Honorable P. Michael Mahoney : Status hearing held. Discovery conference set for 8/20/08 at 1:30 p.m. to report on proposed case management order and service of parties. Electronic notices. (jmm−r, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.