# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Joseph Gunn
                Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 3:07−cv−50240
　　　　　　　　　　　　　　　　　Honorable Philip G. Reinhard

Matt Finn, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:Discovery hearing held on 8/20/2008. Time to effect service under Rule 4 extended to 10/30/08. Status hearing set for 10/29/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.